# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:18-cv-00262-RBJ-MJW

NKETIA SISK,

    Plaintiff,

v.

AD ASTRA RECOVERY SERVICES, INC.,

    Defendant.

---

## ORDER FOR DISMISSAL WITHOUT PREJUDICE
---

Based upon the stipulation of the parties, agreeing to arbitrate their claims and dismiss this matter without prejudice, and all files, records and proceedings herein,

**IT IS HEREBY ORDERED:**

1.    That the above-captioned action shall be and is hereby dismissed without prejudice and on the merits without costs, disbursements or attorney fees to any party and a judgment of dismissal without prejudice may be entered accordingly.

Dated: __April 23_____, 2018

                                                                               Judge
                                                                               United States District Court